Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Osman M. Taher, Esq. (State Bar No. 272441)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff GABRIELA CABRERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POMONA LODGE INC., a California corporation; KANU PATEL, individually and as trustee UTD dated 1/23/06; HEMLATA PATEL, individually and as trustee UTD dated 1/23/06; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-06057-JFW-RAO<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

**DECLARATION OF LEAD TRIAL COUNSEL**

I, Osman M. Taher, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am Of Counsel of Manning Law, APC, attorneys of record for Gabriela Cabrera and Lead Trial Counsel.

2. I am registered as an CM/ECF User.

3. My E-Mail Addresses of Record are otaher@manninglawoffice.com and disabilityrights@manninglawoffice.com.

4. I have read this Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on August 18, 2021, at Newport Beach, California.

By:   */s/ Osman M. Taher*
       Osman M. Taher

**DECLARATION OF LEAD TRIAL COUNSEL**