Closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>POMONA LODGE INC., a<br>California corporation; KANU PATEL,<br>individually and as trustee UTD dated 1/23/06;<br>HEMLATA PATEL, individually and as<br>trustee UTD dated 1/23/06,<br><br>    Defendants. | Case  No. 2:21-cv-06057-JFW-RAOx<br><br>**ORDER DISMISSAL WITH<br>PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Gabriela Cabrera ("Plaintiff") and POMONA LODGE INC.,  KANU PATEL, individually and as trustee, HEMLATA PATEL, individually and as trustee ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

        IT IS SO ORDERED.

DATED:  September 14, 2022

_____
UNITED STATES DISTRICT JUDGE